UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Angela Macey-Cushman, as guardian for the minor, O.M.,<br><br>                                    Plaintiff,<br><br>v.<br><br>TACOMA SCHOOL DISTRICT NO. 10; a public corporation; MEGAN CLARK, individually; SANDRA HOLMES, individually; MELISSA PORTER, individually; STEVEN HOLMES, individually; JANE AND JOHN DOES 1-7,<br><br>                                    Defendants. | NO.  3:21-cv-05865-TMC<br><br>ORDER GRANTING STIPULATED MOTION FOR RELEASE OF DEPENDENCY RECORDS UNDER PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>August 15, 2024 |

THIS MATTER came before the Court on a stipulated motion by all parties to this action ("the Parties").

THE COURT has considered the briefing submitted in support of said motion.

THEREFORE, the Court finds:

1. Records pertaining to the Plaintiff in the possession of the Georgia Department of Human Services (the Department) are not available for public inspection, and these records may

---

ORDER GRANTING STIPULATED MOTION FOR
RELEASE OF DEPENDENCY RECORDS UNDER
PROTECTIVE ORDER - 1
Case No.  3:21-cv-05865-TMC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

contain information confidential or privileged under 45 CFR 164 (HIPAA) and O.C.G.A. §49-5-40(b), in addition to the personal information for individuals other than Plaintiff.

2. That some documents in the Department's file for Plaintiff are likely to lead to the discovery of admissible evidence in this case, and some of the documents in that file may contain confidential information regarding other persons who are not parties to this lawsuit.

ACCORDINGLY, THE COURT ORDERS:

1. The Stipulated Motion for Release of Dependency Records Under Protective Order is granted.

2. The Department shall produce the files no later than August 22, 2024, using the URL for secure electronic upload that the Parties have provided for transmission.

The above listed files shall be produced under the following conditions:

1. The contents and/or existence of the aforementioned documents and files and any part thereof or therein shall not be disclosed in any manner or form to any person and/or entities other than the parties, the parties' attorneys and law firm staff, the parties' insurers, experts retained by the parties' attorneys, their staff, and individuals otherwise entitled to obtain said information pursuant to statutory exemptions from confidentiality and other individuals as herein provided.

2. The parties shall be allowed to use the aforementioned documents or information in depositions of Plaintiff, Defendants, social workers, county employees, medical doctors, psychologists, nurses, counselors, health care providers, teachers/school counselor, and other persons named or identified in any of the aforementioned documents or in consulting with any expert witnesses in this case, subject to the conditions set forth in this Protective Order.

ORDER GRANTING STIPULATED MOTION FOR RELEASE OF DEPENDENCY RECORDS UNDER PROTECTIVE ORDER - 2
Case No. 3:21-cv-05865-TMC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

3. Counsel for the parties shall use all documents and information produced or disclosed pursuant to this Protective Order solely for the purpose of preparation for and trial of this action. Under no circumstances shall information or materials covered by this Order be disclosed to anyone other than as provided in this Order.

4. Prior to introducing as evidence or otherwise disclosing to a jury the existence of any of the aforementioned information or documents, a hearing shall be held outside the presence of the jury wherein the court will determine the admissibility of the aforementioned information or documents.

5. At the conclusion of the proceedings in this action, including any appeal, all documents and information subject to this Order, including any copies or summaries thereof, or documents containing information taken therefrom, shall be destroyed by the party having such documents. A copy of this Order shall accompany any copy of the discovery records or information protected by this Order and released to anyone. No attorney or expert shall disclose any information gained or derived from the aforementioned records to anyone without further order of the court unless the person to whom the information is disclosed is otherwise entitled to obtain said information pursuant to this Protective Order or to statutory exemptions from confidentiality.

6. Notwithstanding this provision, counsel are entitled to retain one archival copy of all documents filed with the court, trial, deposition, and hearing transcripts, correspondence, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain confidential material.

7. The Protective Order shall remain in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELEASE OF DEPENDENCY RECORDS UNDER PROTECTIVE ORDER - 3
Case No. 3:21-cv-05865-TMC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

IT IS FURTHER ORDERED that pursuant to Fed. R. Ev. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of the attorney-client privilege or the attorney work-product privilege.

DONE IN OPEN COURT this 16th day of August, 2024.

Tiffany M. Cartwright
United States District Judge

PRESENTED BY:

PREG O'DONNELL & GILLETT

*s/ Naomi Ahsan*                                    
Mark F. O'Donnell, WSBA #13606
Naomi Ahsan, WSBA #58667
Counsel for Tacoma School District

KEATING BUCKLIN & McCORMACK

*s/ Shannon Ragonesi*                         
Shannon M. Ragonesi, WSBA #31951
Rakiah Adams, WSBA #58799
Attorney for Defendant Sandra Holmes

WOOD, SMITH, HENNING & BERMAN

*s/ Josephine Meyers*                          
Timothy J. Repass, WSBA #38373
Josephine F. Meyer, #58736
Attorneys for Estate of Steven Holmes

//

ORDER GRANTING STIPULATED MOTION FOR RELEASE OF DEPENDENCY RECORDS UNDER PROTECTIVE ORDER - 4
Case No. 3:21-cv-05865-TMC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1. PFAU COCHRAN VERTETIS AMALA

2. By *s/ Andrew Ulmer*
   Darrell L. Cochran, WSBA #22851
3. Kevin M. Hastings, WSBA #42316
4. Andrew Ulmer, WSBA #51227
   Attorneys for Plaintiff

5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

ORDER GRANTING STIPULATED MOTION FOR RELEASE OF DEPENDENCY RECORDS UNDER PROTECTIVE ORDER - 5
Case No. 3:21-cv-05865-TMC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113