1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA MACEY-CUSHMAN, as guardian for the minor, O.M.,<br><br>Plaintiff,<br><br>v.<br><br>TACOMA SCHOOL DISTRICT No. 10;<br><br>MEGAN CLARK; SANDRA HOLMES;<br><br>MELISSA PORTER; KATHERINE<br><br>HOLMES, as Personal Representative of the<br><br>Estate of Stephen Holmes,<br><br>Defendants. | Case No. 3:21-cv-05865-TMC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL |

**I.   ORDER**

Before the Court is Defendants' joint motion to continue the trial date and amend the case schedule. Dkt. 138. Plaintiff has not opposed the motion.

The Court finds there is good cause to continue the trial date and allow limited additional discovery based on minor Plaintiff O.M.'s dependency and its relevance to the litigation, as explained in Defendants' motion. The Court disagrees, however, that there is good cause for

ORDER GRANTING MOTION TO CONTINUE TRIAL - 1

completely reopening the discovery cutoff and deadlines for expert disclosures and dispositive motions, as proposed by Defendants, or for the length of continuance proposed in a case that has been pending for nearly three years. Dkt. 138-1.

The Court therefore GRANTS the joint motion to continue (Dkt. 138) in part, STRIKES the current trial date, and DIRECTS the Clerk to enter a new case schedule, beginning with the deadline for motions in limine, based on a new trial date of March 24, 2025.

The Court further ORDERS the parties to meet and confer and submit a joint status report no later than October 11, 2024, setting out either agreed or competing proposed schedules for completing supplemental discovery and supplemental expert reports. If Defendants believe that new information learned in supplemental discovery warrants additional dispositive motions, they must seek the Court's leave to file them.

Dated this 27th day of September, 2024.

Tiffany M. Cartwright
United States District Judge