UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA MACEY-CUSHMAN, as Litigation Guardian Ad Litem for O.M., <br><br> Plaintiffs, <br><br> v. <br><br> TACOMA SCHOOL DISTRICT NO. 10; a public corporation; MEGAN CLARK, individually; SANDRA HOLMES, individually; MELISSA PORTER, individually; KATHERINE L. HOLMES, as the Personal Representative of the ESTATE OF STEPHEN D. HOLMES, individually; JANE AND JOHN DOES 1-7, <br><br> Defendants. | Case No. 3:21-cv-05865-TMC <br><br> **ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM FOR MINOR O.M.** |

THIS MATTER having come before the Court upon the parties' joint motion for appointment of a Settlement Guardian ad Litem for minor Plaintiff O.M. The Court finding that Beth D. Lambert is a fit and proper person to be appointed Settlement Guardian ad Litem for said minor for the purpose of evaluating and reporting on the appropriateness of the settlement offered by the defendants in the underlying case. Now, therefore, it is hereby ORDERED that Beth D. Lambert is appointed as Settlement Guardian ad Litem of minor Plaintiff O.M. for the purpose of

ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM FOR MINOR O.M. - 1

finalizing the settlement. Ms. Lambert shall file her report with the Court no later than 45 days from the entry of this Order.

Dated this 29th day of October, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM FOR MINOR O.M. - 2