THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA MACEY-CUSHMAN, as Litigation Guardian Ad Litem for O.M.,<br><br>Plaintiff,<br><br>vs.<br><br>TACOMA SCHOOL DISTRICT NO. 10; a public corporation; MEGAN CLARK, individually; SANDRA HOLMES, individually; MELISSA PORTER, individually; KATHERINE L. HOLMES, as the Personal Representative of the ESTATE OF STEPHEN D. HOLMES, individually; JANE AND JOHN DOES 1-7,<br><br>Defendants. | NO. 3:21-cv-05865-TMC<br><br>**PLAINTIFF'S MOTION TO APPROVE MINOR SETTLEMENT** |

Plaintiff petitions this court for approval of the settlement tentatively reached by the parties for the benefit of minor Plaintiff O.M. The parties reached a settlement that will resolve all claims between Plaintiff and all Defendants. The report filed on December 16, 2024 by Beth D. Lambert, the duly appointed Settlement Guardian Ad Litem (SGAL) for minor Plaintiff (Dkt.



145) details the basic facts of the case, the procedural history, the nature of all the Plaintiff's claims for damages, the dynamics leading to settlement and the details of the distribution of the global settlement proceeds, featuring the settlement of minor-Plaintiff O.M. This motion adopts and relies on that report without repeating it here.

**I.**

Beth D. Lambert was duly appointed as Settlement Guardian Ad Litem (SGAL) for the minor child O.M. for purposes of evaluating the adequacy of the settlement which Defendants have tentatively reached with Plaintiff. Angela Macey-Cushman is the Litigation Guardian Ad Litem (LGAL) for O.M.

**II.**

The minor Plaintiff O.M. brought state law personal injury claims and federal claims for civil rights offenses and Title IX violations against the Defendants arising from sexual assaults she alleges she suffered while a student in the Tacoma School District. Plaintiff and the parties ask the Court for approval now so this case may be concluded.

**III.**

The terms for the settlement of claims by minor-Plaintiff O.M. and the settlement globally are as follows:

1.   There will be a total monetary payment from the Defendant to Plaintiff in the amount of $1,450,000.00 in exchange for a release of all claims against each of the named Defendants.

PLAINTIFF'S AGREED MOTION TO APPROVE MINOR SETTLEMENT

No. 3:21-cv-05865-TMC | Page 2



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

2.  Defendants will pay for the reasonable fees and costs incurred by the SGAL, Beth D. Lambert, up to a total combined amount of $10,000.

3.  The Settlement Guardian Ad Litem has recommended an apportionment of $710,055.58 to O.M. for sex abuse claims. This award is supported by the caselaw and evidence.

4.  Plaintiff has been represented by Darrell L. Cochran, Kevin M. Hastings, and Andrew S. Ulmer of Pfau Cochran Vertetis Amala PLLC, and Doug Tufts in this matter. They entered into a contingency fee agreement of forty percent (40), plus the litigation costs in the case. From the forty percent contingency fee, Pfau Cochran Vertetis Amala PLLC and Doug Tufts will split that amount evenly per agreement of Plaintiff's counsel.

**WHEREFORE**, Petitioner prays as follows:

1.  That Angla Macey Cushman, LGAL, shall be authorized to enter into a full and complete settlement with the Defendants on behalf of Plaintiff O.M. for settlement of any and all damages and personal injuries to O.M., as a result of the aforesaid incidents by acceptance of the above-described settlement.

2.  That the cash funds specified in the global settlement be sent to Pfau Cochran Vertetis Amala, PLLC as set out by the report of Settlement Guardian Ad Litem, Beth D. Lambert. Specifically, the proposed disbursement for O.M., is as follows:

| | |
|---|---|
| Proposed Gross Settlement | $1,450,000.00 |
| Less Attorney's Fees (40%) | $580,000.00 |
| Less LGAL Fees | $4,540.00 |
| Less Costs Advanced (PCVA) | $144,099.91 |
| Less Costs Advanced (Doug Tufts) | $8,304.51 |
| Less Trust Legal Fees (estimated) | $5,000.00 |



1 **Net Funds to the Minor** $708,055.58

2     3.    That the net funds to minor O.M. are to be held in a trust established in this Court for the sole benefit of O.M.

    4.    That the fees and expenses to be incurred by Settlement Guardian Ad Litem, Beth D. Lambert, in reviewing the settlement to determine its adequacy on behalf of the minor child as stated in his report filed, in the amount of $7,138.00 are being paid for by Defendants within thirty (30) days of entry of this order.

    5.    That the fees and expenses incurred by the Litigation Guardian ad Litem, Angela Macey-Cushman, in the amount of $4,540.00, be deemed reasonable and will be paid out of the settlement proceeds.

    6.    That Defendants pay the settlement of $1,450,000.00 to Plaintiff's counsel within thirty (30) days of entry of this order and that interest will accrue at 12% per annum for any day beyond the thirty (30) day requirement.

DATED this 9th day of January, 2025.

PFAU COCHRAN VERTETIS AMALA, PLLC

By /s/ Darrell L. Cochran
Darrell L. Cochran, WSBA No 22851
Kevin M. Hastings, WSBA No. 42316
Andrew S. Ulmer, WSBA No. 51227
Attorney for Plaintiff



# CERTIFICATE OF SERVICE

I, **Katie Hedger**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing by directing delivery to the following individuals:

Mark O'Donnell
Aaron D. Kelley
Preg O'Donnell & Gillett PLLC
901 Fifth Ave, Ste. 3400
Seattle, WA 98164
*Attorneys for Defendant Tacoma School Distric No. 10, Megan Clark, and Melissa Porter*

Shannon M. Ragonesi
Keating, Bucklin & McCormack, Inc. P.S.
801 2nd Ave, Ste. 1210
Seattle, WA 98104
*Attorney for Defendant Sandra Holmes*

Timothy J. Repass
Josephine F. Meyer
Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, WA 98033

*Attorney for Defendant Estate of Stephen Holmes*

DATED this 9th day of January, 2025.

/s/ Katie Hedger
Katie Hedger
Legal Assistant

PLAINTIFF'S AGREED MOTION TO APPROVE MINOR SETTLEMENT

No. 3:21-cv-05865-TMC | Page 5



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654