UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Angela Macey-Cushman, as guardian for the minor, O.M.<br><br>         Plaintiff(s),<br>v.<br><br>TACOMA SCHOOL DISTRICT NO. 10; a public corporation; MEGAN CLARK, individually; SANDRA HOLMES, individually; MELISSA PORTER, individually; KATHERINE L. HOLMES, as the Personal Representative of the ESTATE OF STEPHEN D. HOLMES; JANE AND JOHN DOES 1-7<br><br>         Defendant(s). | NO. 3:21-cv-05865-TMC<br><br>ORDER GRANTING MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE PURSUANT TO SETTLEMENT |

  THIS MATTER having come before the above-entitled Court on Defendants' Motion To Dismiss All Claims with Prejudice Pursuant to Settlement, Dkt. 167, and the Court having considered the files and records herein, and being otherwise fully advised in the premises, hereby orders that:

Defendants' Motion to Dismiss is hereby GRANTED such that all of Plaintiff's claims against all Defendants are **DISMISSED with prejudice.** This case is closed.

DATED this 28th day of July, 2025.

Tiffany M. Cartwright
United States District Judge